UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAID IQBAL, an individual, | Case No.  1:25-cv-00253-JLT-FJS |
| Plaintiff, | ORDER RE: STIPULATION TO STAY PROCEEDING PENDING THE OUTCOME OF DEFENDANT'S PENDING MOTION TO COMPEL ARBITRATION; ORDER GRANTING ABEYANCE |
| v. | |
| MERCEDEZ-BENZ USA, LLC., et al | |
| Defendants. | (ECF No. 22) |

On February 26, 2025, Defendant Mercedez-Benz USA, LLC., ("Defendant") removed this action from Fresno Superior Court to the United States District Court for the Eastern District Court of California. (ECF No. 2.) On May 28, 3035, Defendant filed a motion to compel arbitration. (ECF No. 9). On May 4, 2026, the court received the parties' joint stipulation to stay proceedings pending the outcome of Defendant's motion to compel arbitration. (ECF No. 22.)

Based on the stipulation of the parties, and for good cause appearing, the court HEREBY ORDERS all deadlines BE HELD IN ABEYANCE pending the resolution of Defendant's motion to compel arbitration (ECF No. 9).

IT IS SO ORDERED.

Dated:   **May 7, 2026**

_____
UNITED STATES MAGISTRATE JUDGE