UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAID IQBAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDEZ-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:25-cv-00253-JLT-FJS<br><br>ORDER REQUIRING PARTIES TO FILE AMENDED NOTICE OF SETTLEMENT<br><br>(ECF Nos. 24, 25)<br><br><u>FOURTEEN (14) DAY DEADLINE</u> |

On June 9, 2026, the parties filed their notice of settlement. (*See* ECF Nos. 24, 25.) Both the first and second notice of settlement provides for inconsistent identification of the defendant in this action. Specifically, the body of the notice of settlement identifies NISSAN NORTH AMERICA, INC., as the defendant, yet the signature line identifies MERCEDEZ-BENZ USA, LLC, as the defendant in this action. (*See Id.*) On June 10, 2026, the court reached out to counsel to request that an amended notice of settlement be filed. *See* L.R. 160. Despite reaching out to the parties again on July 6, 2026, the court has yet to receive an amended notice of settlement.

Accordingly, the court HEREBY ORDERS that the parties shall file an amended notice of settlement that correctly identifies all parties within fourteen (14) days of this order.

IT IS SO ORDERED.

Dated: **July 15, 2026**

UNITED STATES MAGISTRATE JUDGE