UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVAID IQBAL,

Plaintiff,

v.

MERCEDES-BENZ USA, LLC,

Defendant.

Case No. 1:25-cv-00253-JLT-FJS

ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 27)

On July 28, 2026, the parties filed a notice of settlement, informing the court that a settlement has been reached and that dispositional documents will be filed no later than September 26, 2026. (ECF No. 27.) The parties did not show good cause for filing dispositional documents sixty (60) days after this notice, as opposed to filing dispositional within twenty-one (21) days. L.R. 160(b). Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than August 18, 2026. Any request for an extension shall be supported by good cause.

IT IS SO ORDERED.

Dated: **July 29, 2026**

UNITED STATES MAGISTRATE JUDGE